

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 28, 2008

BY HAND

The Honorable Mark D. Fox
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

    Re:    United States v. George Cintron, a/k/a "King Hannibal," 07 Mag. 719

Dear Judge Fox:

    A sealed complaint was filed in the above matter on or about May 7, 2007, and the defendant was arrested earlier today. Accordingly, the Government hereby requests that the complaint be unsealed.

    Thank you for your consideration of this matter.

                            Respectfully Submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

By:    _____
        Anna M. Skotko
        Assistant United States Attorney
        (914) 993-1939

SO ORDERED: 2/28/08

_____
U.S. MAGISTRATE JUDGE
MARK D. FOX
United States Magistrate Judge
Southern District of New York



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____